## Independent Order Bickur Cholem Ukadishu v. August Moschaetz.

1.   QUESTIONS OF  FACT.—*Judgment Affirmed, etc.*

Assumpsit, for material and labor.   Trial in the Circuit Court of Cook County; the Hon. RICHARD W. CLIFFORD, Judge, presiding.   Finding and judgment for plaintiff.   Appeal by defendant.   Heard in this court at the March term, 1898.   Affirmed, on remittitur, etc.   Opinion filed November 16, 1898.

BLUM & BLUM, attorneys for appellant.

CARL ALEX. VOGEL, attorney for appellee.

PER CURIAM.

This was an action of assumpsit  to recover material and labor.   The questions involved were mainly of fact.   Judgment affirmed on remittitur within ten days; otherwise, reversed and remanded.

Remittitur filed and cause affirmed November 26, 1898.